FILED: April 5, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-2017
(7:15-cv-00050-D)
(09-05685-8-SWH)
(14-00030-8-SWH)
(14-00029-8-SWH)

In re:  EDWIN R. ADDISON,

        Debtor,

------------------------------

EDWIN R. ADDISON,

        Plaintiff – Appellant,

    v.

KATHERYN B. MANNING,

        Plaintiff – Appellee,

    And

JAMES B. ANGELL,

        Trustee.

O R D E R

Upon review of submissions relative to the motion to dismiss, the Court grants the motion.

Entered at the direction of the panel: Judge Niemeyer, Judge Motz, and Senior Judge Davis.

For the Court

/s/ Patricia S. Connor, Clerk